**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| OMAR SERNA PRIEGO, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) | No. 2:26-cv-02502-SHL-cgc |
| Respondent. | ) | |

**ORDER DIRECTING RESPONDENT TO UPDATE POSITION**

On May 1, 2026, Petitioner Omar Serna Priego filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)[1]  Serna Priego challenges his "indefinite detention" in the West Tennessee Detention Facility "without a meaningful custody review." (Id. at PageID 3.)  He seeks immediate release from Respondent's custody.  (Id. at PageID 7.) Respondent responded in opposition on May 11.  (ECF No. 8.)  Serna Priego replied the next day.  (ECF No. 10.)

On May 11, the same day that Respondent submitted his response, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, --- F.4th   ---, 2026 WL 1283891 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing.  Lopez-Campos, 2026 WL 1283891, at *13.

---

[1] The Petition has been referred to the undersigned pursuant to Administrative Order No. 2026-16 until May 26, 2026.

In view of the Sixth Circuit's holding in <u>Lopez-Campos</u>, Respondent is **ORDERED** to update the Court on his position within **two business days**.  If the basis of the detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from <u>Lopez-Campos</u> or state why <u>Lopez-Campos</u> otherwise does not apply. If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

   **IT IS SO ORDERED,** this 14th day of May, 2026.


            s/Charmiane G. Claxton
            CHARMIANE G. CLAXTON
            UNITED STATES MAGISTRATE JUDGE