**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

OMAR SERNA PRIEGO,

     Petitioner,

v.

CHRISTOPHER BULLOCK, New Orleans
Field Office Director of Immigration and
Customs Enforcement, Enforcement and
Removal Operations,

     Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

No. 2:26-cv-02502-SHL-cgc

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner's Petition (ECF No. 1), filed May 1, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 14), filed May 27, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 28, 2026
Date